[No. 61366-9-I.   Division One.   June 8, 2009.]

JOHN GAMLAM, *Appellant*, v. SELECT PORTFOLIO SERVICING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-13176-1, James H. Allendoerfer, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 61411-8-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENTON R. COWLES, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00988-3, John M. Meyer, J., entered March 6, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Cox and Lau, JJ.

[No. 61464-9-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN JORY BRAA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-03223-8, Ellen J. Fair, J., entered March 14, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Ellington and Appelwick, JJ.

[No. 61561-1-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL EMERSON PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06469-5, Paris K. Kallas, J., entered March 31, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Leach, JJ.